IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE DICKEY, #201031,           ) | |
|                                    ) | |
|     Plaintiff, ) | |
|                                    ) | |
| v.                                 ) | CIVIL ACTION NO.  2:09cv134-TMH |
|                                    ) | (WO) |
| RICHARD ALLEN, *et al.*,           ) | |
|                                    ) | |
|     Defendants.) | |

**ORDER**

On February 24, 2014, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED that the magistrate judge's recommendation (doc. # 50) is adopted and that this case is dismissed for lack of jurisdiction.

Done this the 20th day of March 2014.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE